

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| JOSHUAL DEMOND LOGAN § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 8:07-2734-HFF-WMC |
| § | |
| SIMONS BAR AND GRILL § | |
| Defendant. § | |

# ORDER

This is a personal injury action. Plaintiff is proceeding pro se. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that Plaintiff's Complaint be dismissed without prejudice and without issuance and service of process. The Report is made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on August 13, 2007, and the Clerk of Court entered Plaintiff's objections to the Report on August 23, 2007. In lieu of contesting any portion of the

Dockets.Justia.com

Report, however, Plaintiff has instead agreed with it. Therefore, the Court will enter judgment accordingly.

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of this Court that Plaintiff's Complaint is **DISMISSED** without prejudice and without issuance and service of process.

To the extent that Plaintiff wishes to pursue this action, he should file his claim with the appropriate state court.

**IT IS SO ORDERED**.

Signed this 23rd day of August, 2007, in Spartanburg, South Carolina.

s/ Henry F. Floyd
HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**

Plaintiff is hereby notified of the right to appeal this Order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.